Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

Michael A. Dorfman (*Pro Hac Vice*)
Dykema Gossett PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60601
Telephone: (312) 876-1700
E-mail: mdorfman@dykema.com

*Attorneys for Plaintiff Tobii AB*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TOBII AB,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BEIJING 7INVENSUN TECHNOLOGY CO., LTD.,<br><br>　　　　Defendant. | Case No.: 2:18-cv-01681-MMD-BNW<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR DEFENDANT BEIJING 7INVENSUN TECHNOLOGY CO., LTD. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First request)** |

Plaintiff TOBII AB ("Plaintiff") served the Summons and Second Amended Complaint in this action on Defendant BEINJING 7INVENSUN TECHNOLOGY CO., LTD. ("Defendant") on December 11, 2019. (ECF No. 23.) The deadline for Defendant to answer or otherwise respond is January 2, 2020.

Plaintiff respectfully moves the Court for an order extending the time for Defendant to answer or otherwise respond to the Complaint by two months, until March 2, 2020. Defendant

/ / /

/ / /

/ / /

1

requested this extension because it expressed a desire to cooperate with Plaintiff and to discuss an amicable disposition of the claims, and Plaintiff did not oppose.

Dated: this 19th day of December, 2019.

Respectfully submitted,

Lewis Roca Rothgerber Christie LLP

 /s/   Meng Zhong
Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

Michael A. Dorfman (*Pro Hac Vice*)
Dykema Gossett PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60601
Telephone: (312) 876-1700
E-mail: mdorfman@dykema.com

*Attorneys for Plaintiff Tobii AB*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE/UNITED STATES MAGISTRATE JUDGE

DATED: 12/20/19