Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

Michael A. Dorfman (*Pro Hac Vice*)
Dykema Gossett PLLC
10 S. Wacker Dr.
Suite 2300
Chicago, IL 60601
Telephone: (312) 876-1700
E-mail: mdorfman@dykema.com

*Attorneys for Plaintiff Tobii AB*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TOBII AB,<br><br>        Plaintiff,<br><br>vs.<br><br>BEIJING 7INVENSUN CO., LTD.,<br><br>        Defendant. | Case No. 2:18-cv-01681-MMD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Tobii AB, on the one hand, and Defendant Beijing 7Invensun Co., Ltd., on the other hand, hereby file this Stipulation of Dismissal *Without Prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and pursuant to the parties' Patent License Agreement (the "Agreement"). Each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

112781788.1

1    **IT IS SO AGREED AND STIPULATED:**

2    Dated this 11th day of November, 2020.        Dated this 11th day of November, 2020.

3    LEWIS ROCA                                              REID RUBINSTEIN & BOGATZ
     ROTHGERBER CHRISTIE LLP

4
     /s/ Meng Zhong                                          /s/ Kerry E. Kleiman
5    Michael J. McCue                                        I. Scott Bogatz
     Meng Zhong                                              Kerry E. Kleiman
6    3993 Howard Hughes Pkwy. Suite 600                      300 South 4th Street, Suite 830
     Las Vegas, NV 89169                                     Las Vegas, NV 89101

7
     *Attorneys for Plaintiff*                               *Attorneys for Defendant*
8

9                                                            **IT IS SO ORDERED:**

10

11

12                                                           _____
                                                             UNITED STATES DISTRICT JUDGE
13
                                                             DATED:     November 12, 2021
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

112781788.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of November, 2020, I caused a true and accurate copy of the forgoing document entitled, **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE**, to be filed with the Clerk of the Court and served via the Court's CM/ECF system upon the following CM/ECF participants:

Dated: this 11th day of November, 2020

 /s/ Rebecca J. Contla
An Employee of Lewis Roca
Rothgerber Christie LLP

-3-

112781788.1